FILE

05 APR 18 PM 12 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT R. DI ICUO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION NO.: |
| ) | |
| v. ) | 02 CR 20448 D/P |
| JOHN MADISON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR BOND PENDING APPEAL UNDER FED.R.CRIM.PRO. 46(c)

Defendant JOHN MADISON was sentenced on 31 March 2005. Pursuant to Fed.R.Crim.Pro. 46(c) and 18 U.S.C.A. § 3143(b), Defendant has requested that she be permitted to remain on bond pending the appeal of her conviction to the Sixth Circuit Court of Appeals. Having considered said motion and having found just cause, Defendant's Motion for Bond Pending Appeal is hereby **GRANTED**.

This __18th__ day of __April__, 2005.

THE HONORABLE BERNICE DONALD
JUDGE, U. S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**ORDER PREPARED BY:**
Michelle Betserai

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __4-19-05__

(371)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION NO.: |
| ) | |
| v. ) | 02 CR 20448 D/P |
| JOHN MADISON, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been sent to all counsel of record by hand delivery to ensure delivery to the following:

Lawrence J. Laurenzi
Assistant United States Attorney
800 Federal Office Building
Memphis, TN 38103

Vivian Donelson
Assistant United States Attorney
800 Federal Office Building
Memphis, TN 38103

This 7th day of April, 2005.

MICHELLE BETSERAI

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 371 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT