FILED BY _____ D.C.

05 AUG 12 PM 2:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

FILED BY _____ CAS D.C.

2005 JUN 23 PM 2:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Crim. No. 02-20448-D/P |
| v. | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * | **MOTION GRANTED** DATE: 8/8/2005 |
| Defendants. | * | BERNICE BOUIE DONALD U.S. DISTRICT JUDGE |

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON MOTION TO SET HEARING AND DISPOSE OF PETITION AND MOTION FILED BY MEMPHIS FIRST COMMUNITY BANK

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, and respectfully moves that this Honorable Court continue the hearing on petitioner's Motion to Set Hearing and Dispose of Petition and Motion Filed By Memphis First Community Bank. In support of this motion, the United States would show the following:

1. A hearing on the above-styled motion of petitioner Memphis First Community Bank is currently set for Friday, July 1, 2005 at 9:00 a.m.

2. Undersigned government counsel has the primary responsibility for litigating forfeiture issues in this case, and is in fact the only attorney for the government in this district competent to deal with matters relating to criminal forfeiture.

3.   Government counsel has long been scheduled to be on leave from June 24 through July 5, 2005, and has non-refundable vacation plans for that time period. Government counsel is also currently set to be in trial in Jackson on July 11 and 12, 2005.

4.   Government counsel has consulted with Ms. Lori Hackleman Patterson, co-counsel for petitioner Memphis First Community Bank, and petitioner does not oppose the requested continuance, as both of petitioner's counsel will likewise be on vacation on July 1.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the instant petition be set for a scheduling conference at which deadlines for discovery and potentially dispositive motions would be set, as well as the date for an ancillary hearing.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(901) 544-4231
#014277 (Tennessee)

## CERTIFICATE OF SERVICE

I, Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing response has been sent, first class postage pre-paid, to Mr. Allan J. Wade, attorney for the Petitioner.

This 23rd day of June, 2005.

_____
CHRISTOPHER E. COTTEN
Assistant United States Attorney

3

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 462 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT