# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Crim. No. 02-20448-D/An |
| vs. | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * | |
|  | * | |
| Defendants. | * | |

## ORDER DENYING UNITED STATES' MOTION TO DISQUALIFY ALLAN J. WADE

The Motion of the United States of America to disqualify Allan J. Wade and his law firm from representing third-party intervenors Memphis First Community Bank ("Memphis First") has come before this Court. Although the Court recognizes that the Government has standing to raise the issue, the Court finds that the Government has not met its burden of showing that disqualification is warranted in this case.

Therefore, it is ORDERED ADJUDGED AND DECREED that, for the reasons set forth in Petitioner Memphis First's Response to the Motion to Disqualify, the Motion to Disqualify Allan J. Wade is DENIED.

U.S. District Judge

August 17, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-18-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 466 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT