FILED BY ____ D.C.

05 AUG 30 PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**WILLIEANN MADISON and
JOHN E. MADISON,**

    Defendants.

Case No.: 02-20448 D

---

## ORDER DENYING PETITION FOR FEES

---

Before the Court is the petition of Tony L. Axam for attorney's fees. Mr. Axam seeks $150,000.00 in attorney's fees and costs owed from representation of Defendants from assets in which the Government assert a lienhold interest. The Government filed a response in opposition to the motion averring that the court's February 7, 2005 Order of Forfeiture divested the Madisons of interest in the subject assets and vested interest in the United States.

Upon review of the motion, response, and the case record as a whole, the Court finds that:

1. Pursuant to 21 U.S.C. § 853(n)(6), Mr. Axam has not met the standards to assert a third party claim as to the subject assets;

2. The Madisons' right to interest in the assets is subordinate to the rights or interest of the United States; and

3. The Madisons may not satisfy their legal obligations from assets/funds belonging to the Government.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Accordingly, the motion/petition for attorney's fees is DENIED.

**IT IS SO ORDERED** this 30th day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 470 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT