IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 02-20448-D/P |
| | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * | FILED IN OPEN COURT |
| | * | DATE: 9-15-2005 |
| Defendants. | * | TIME: 12:42 PM |
| | * | INITIALS: ___ |

## CONSENT ORDER ON MOTION OF RUBIN CAMPBELL TO INTERVENE AND FOR LEAVE TO DEPOSIT

Pursuant to the consent and agreement of the parties hereto, by and through their respective attorneys, it is hereby ORDERED, ADJUDGED, AND DECREED, that:

1. The motion of Rubin Campbell to intervene in the above-styled case is GRANTED.

2. Rubin Campbell shall be permitted to tender to the U.S. Marshals Service for deposit into its Seized Asset Deposit Fund the amount of $186,129.39 ("the Release Amount"), which represents full payment of a Note and Deed of Trust ("the Mortgage Lien") on parcels of real property located at 4925-4933 Fairley, Memphis, Tennessee, which Note and Deed of Trust is held by Defendant WillieAnn Madison but is subject to a Preliminary Order of Forfeiture (R.349) previously entered by this Court.

3. Upon payment of the Release Amount to the U.S. Marshals Service and execution of a Release of the Mortgage Lien by Defendant WillieAnn Madison, the Mortgage Lien shall be

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

released from the Preliminary Order of Forfeiture, and the proceeds paid by Mr. Campbell shall be substituted therefor.

4. Upon payment of the Release Amount by Mr. Campbell, Defendant WillieAnn Madison shall execute all documents necessary to release Mr. Campbell from his obligations under the Mortgage Lien.

5. The government recognizes that by taking possession of the Release Amount, it could be liable to the Defendant for interest, pursuant to United States v. $515,060.42, 152 F.3d 491 (6th Cir. 1998), in the event that the Defendant is successful in having the forfeiture in her case reversed on appeal.

IT IS SO ORDERED, this 15th day of September, 2005.

BERNICE B. DONALD
United States District Judge

[Attorney signature page follows.]

2

APPROVED AND CONSENTED:

TERRELL L. HARRIS
United States Attorney

By: *(signature)*

Christopher E. Cotten
Assistant United States Attorney

_____
Tony L. Axam
Attorney for the Defendants

*(signature)*

Allan J. Wade
Attorney for Rubin Campbell

*(signature)*

Lori Hackleman Patterson
Attorney for Rubin Campbell

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 472 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT